UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMGUARD INSURANCE COMPANY | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
|    v. | : | CIVIL ACTION NO. |
| | : | 3:24-CV-01202 KAD |
| | : | |
| SHAWN GIBSON and SANTA PEREZ, as | : | |
| ADMINISTRATRIX OF THE ESTATE OF | : | |
| ARYNDEL CASTRO | : | |
| | : | |
|    Defendants. | : | SEPTEMBER 17, 2024 |

## REQUEST TO BE EXCUSED FROM FILING A MOTION FOR DEFAULT JUDGMENT AS TO SHAWN GIBSON

Plaintiff, AmGUARD Insurance Company ("AmGUARD"), requests that it be excused from filing a motion for default judgment in accordance with the Court's Order dated August 20, 2024. (Doc. 15.) in which the Court granted AmGUARD's Motion for Default Entry for failure to appear and/or defend the current action. Since the granting of the Motion for Default Entry, Shawn Gibson has filed a pro se appearance. (Doc. 16.) However, he has not filed a motion to set aside the default and he has not answered the Complaint. Given that Shawn Gibson has appeared pro se and has is currently incarcerated, AmGUARD requests an opportunity to address these issues as part of the parties' 26(f) conference before being required to file a motion for default judgment.

WHEREFORE, AmGUARD respectfully requests that the Court excuse it from filing a motion for default judgment pursuant to the Court's August 20, 2024 Order, or in the alternative extend the deadline to file the motion for default judgment.

WHEREFORE, Plaintiff requests that the Court enter a default against defendant, Shawn Gibson, for failure to appear, file a responsive pleading, or otherwise defend this action.

>THE PLAINTIFF
>AmGUARD INSURANCE COMPANY
>
>BY ITS ATTORNEY,
>
>_/s/ Michele C. Wojcik_
>Michele C. Wojcik, Esq.
>CT20903
>McAngus Goudelock and Courie
>3901 Westerre Parkway, Suite 225
>Richmond, VA 23223
>Phone: (804) 944-2988
>Fax: (804) 533-1542
>Michele.Wojcik@mgclaw.com

**CERTIFICATION**

      This is to certify that on September 17, 2024, a copy of the foregoing was filed electronically and served by mail anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access his filing through the Court's CM/ECF system.

Copy Mailed To:

Shawn Gibson
Inmate # 222002
Cheshire Correctional Institute
900 Highland Ave.
Cheshire, CT 06410

                                                /s/ Michele C. Wojcik
                                           Michele C. Wojcik, Esq.