UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMGUARD INSURANCE COMPANY ) | CIVIL ACTION NO. |
| ) | |
| V. ) | 3:24-cv-01202-KAD |
| ) | |
| SHAWN GIBSON and SANTA ) | |
| PEREZ, ADMINISTRATRIX of the ) | |
| ESTATE of ARYNDEL CASTRO ) | NOVEMBER 7, 2024 |

## MOTION TO DISMISS

The undersigned moves to dismiss Count 1 in the plaintiff's Second Amended Complaint, doc. 27, pursuant to FRCP 12(b)(6) for failure to state a claim upon which relief may be granted.

In count 1 of its second amended complaint the plaintiff seeks a judgment declaring that it does not have to defend the Co-defendant against the wrongful death claim that the undersigned, Santa Perez, Administratrix of the Estate of Aryndel Castro ("Ms. Perez"), brought against him in Connecticut Superior Court, styled <u>Perez, Admin. Of the Est. of Aryndel Castro v. Gibson, et al</u>, FBT-CV23-6125187-S (the "Underlying Action").

The operative complaint in the Underlying Action is the Amended Complaint dated November 5, 2024, docket entry #109, and it is submitted as Exhibit 1 to the undersigned's memorandum of law in support of this motion. The plaintiff here asserts four separate bases for judgment in its favor in Count 1 of its Second Amended Complaint because in the Underlying Action:

1. The undersigned failed to allege that any bodily injuries suffered by the decedent were the result of an accident. Second Amended Complaint, ¶ 40.

2. The undersigned failed to allege that the decedent's death was an accident, notwithstanding the Co-defendant's state of intoxication. Second Amended Complaint, ¶ 41.

3. There is no duty to defend or indemnify because the bodily injury arose out of sexual molestation, corporal punishment, or physical or mental abuse, which is excluded under the Policy. Second Amended Complaint, ¶ 42.

4. Any emotional distress suffered by the undersigned because of the treatment of the decedent's body are not damages due to bodily injury. Second Amended Complaint, ¶ 43.

For the reasons set forth in the memorandum of law submitted herewith, the plaintiff's allegations in Count 1 should be dismissed as they fail to state a claim upon which relief may be granted.

    THE DEFENDANT, SANTA PEREZ
    ADMINISTRATRIX of the ESTATE of
    ARYNDEL CASTRO,

BY:  /s/ John-Henry M. Steele (ct10187)
    DEY SMITH STEELE, LLC
    9 Depot Street, 2nd Floor
    Milford, CT 06460
    Tel.: (203) 882-3351
    Fax: (203) 882-3359
    E-mail: jhs@deysmith.com

## CERTIFICATION

I hereby certify that on Thursday, November 07, 2024, a copy of the foregoing was filed electronically and served by U.S. Mail, postage prepaid, on anyone unable to access, use or accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ John-Henry M. Steele (ct10187)