## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMGUARD INSURANCE COMPANY ) | CIVIL ACTION NO. |
| ) | |
| V. ) | 3:24-cv-01202-KAD-RMS |
| ) | |
| SHAWN GIBSON and SANTA ) | |
| PEREZ, ADMINISTRATRIX of the ) | |
| ESTATE of ARYNDEL CASTRO ) | DECEMBER 12, 2024 |

## MOTION FOR EXTENSION OF TIME

The undersigned respectfully moves for a thirty (30) day extension of time until January 13, 2025, to respond to plaintiff's discovery requests dated November 14, 2024. Additional time is needed to allow the undersigned to confer with his client and counsel in the underlying injury suit to formulate a proper response.

Counsel for the plaintiff consents to the requested extension. This is the first requested extension for these discovery requests.

                                      THE DEFENDANT, SANTA PEREZ
                                      ADMINISTRATRIX of the ESTATE of
                                      ARYNDEL CASTRO,

BY:   /s/ John-Henry M. Steele (ct10187)
        DEY SMITH STEELE, LLC
        9 Depot Street, 2nd Floor
        Milford, CT 06460
        Tel.: (203) 882-3351
        Fax: (203) 882-3359
        E-mail: jhs@deysmith.com

## CERTIFICATION

      I hereby certify that on Thursday, December 12, 2024, a copy of the foregoing was filed electronically and served by U.S. Mail, postage prepaid, on anyone unable to access, use or accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Shawn Gibson, #222002
900 Highland Avenue
Cheshire, CT 06410
**(Via USPS, First Class, postage prepaid)**

                                            /s/ John-Henry M. Steele (ct10187)